UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

AMANDA MARIE GALLEGOS,

      Plaintiff,

v.                                                                                      Civ. No. 16-264 GJF

NANCY A. BERRYHILL, *Acting
Commissioner of the Social Security
Administration*,

      Defendant.

## FINAL JUDGMENT

Pursuant to the Order entered concurrently herewith, the Court enters this Final Order

under Federal Rule of Civil Procedure 58, entering judgment for Plaintiff.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*

1